IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| GEORGE ROULHAC, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:07cv408 |
| vs. : | |
| : | District Judge Susan J. Dlott |
| SOUTHWEST REGIONAL TRANSIT : | |
| AUTHORITY, et. al., : | |
| : | |
| Defendant(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Timothy S. Black. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on February 1, 2008 a Report and Recommendation (Doc. 21).  Subsequently, the Plaintiff filed objections to such Report and Recommendation (Doc. 24) and Defendant Sorta filed a response in opposition to the objections to the Report and Recommendation (Doc. 27).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

Accordingly, Defendants' Motions to Dismiss (Docs. 5 and 14) are **GRANTED** and all pending motions are **DENIED** as **MOOT**.  This case is hereby **TERMINATED** from the docket.

IT IS SO ORDERED.

                                                ___s/Susan J. Dlott_____
                                                Susan J. Dlott
                                                United States District Judge