IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| GEORGE ROULHAC, | : |
| Plaintiff(s), | : |
| | : Case Number: 1:07cv408 |
| vs. | : |
| | : Chief Judge Susan J. Dlott |
| SOUTHWEST OHIO REGIONAL TRANSIT AUTHORITY, | : |
| Defendant(s). | : |

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Timothy S. Black filed on February 23, 2009 (Doc. 35), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired March 12, 2009, hereby ADOPTS said Report and Recommendation.

Accordingly, it is **ORDERED** that defendant's motion for attorney's fees (Doc. 31) is **DENIED.**

**IT IS SO ORDERED.**

   s/Susan J. Dlott
**Chief Judge Susan J. Dlott**
**United States District Court**